UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

RC RECREATION DEVELOPMENT, LLC,
         Plaintiff,

v.

THE TOWN OF YORKTOWN, N.Y.;
MATTHEW J. SLATER, Individually and in
his Official Capacity as Supervisor of the Town
of Yorktown, N.Y.; SERGIO ESPOSITO,
Individually and in his Official Capacity as a
member of the Town Board of the Town of
Yorktown, N.Y.; and JOHN H. LANDI,
Individually and in his Official Capacity as
Building Inspector for the Town of Yorktown,
N.Y.,
         Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 7216 (VB)

On September 16, 2022, plaintiff moved to remand this action to state court. (Doc. #10). Defendants are reminded that their response to the motion is due September 30, 2022. Plaintiff's reply, if any, is due October 7, 2022.

On September 23, 2022, defendants moved to dismiss this action. (Doc. #13). Further briefing on the motion to dismiss is STAYED pending the Court's resolution of the motion to remand. To be clear, plaintiff shall not respond to defendants' motion to dismiss pending further order of the Court.

The initial conference scheduled for October 12, 2022, is CANCELLED.

Dated: September 27, 2022
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge